IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AL'S AUTO INC., **Plaintiff,** v. HOLLANDER, INC., et al., **Defendants.** | CIVIL NO. 08-731 |

**O R D E R**

**AND NOW,** this 28th day of September, 2010, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 44], Plaintiff's Response, Defendants' Reply, and Plaintiff's Sur-Reply, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART.** Defendants' Motion for Summary Judgment is **GRANTED** as to Defendants Solera Holdings, Inc. and Audatex North America, Inc. Defendants' Motion is **DENIED** as to Counts I, II, and III against Hollander, Inc. for the reasons set forth in the attached Memorandum Opinion.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**